1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DIANA JIMENEZ, | ) Case No.: 2:22-cv-01094-ADS |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, | ) AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |

11
12
13
14
15
16
17
18

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

19

   IT IS ORDERED that fees and expenses in the amount of $5,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

20
21
22

DATE:  11/15/2023

23

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

24
25
26

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/  *Steven G. Rosales*

4    BY: _____

        Steven G. Rosales

5        Attorney for plaintiff Diana Jimenez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26